# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | **MDL 2724** <br> **16-MD-2724** |
| THIS DOCUMENT RELATES TO: <br><br> *Marion Diagnostic Center, LLC et al. v.* <br> *McKesson Corporation et al.* | **HON. CYNTHIA M. RUFE** <br><br> **Individual Case No. 2:18-cv-04137** |

## ORDER

**AND NOW**, this 16th day of October 2018, it is hereby **ORDERED** that the attached stipulation is **APPROVED**. The deadline for the Stipulating Defendants to move against, answer, or otherwise respond to the Marion Plaintiffs' Complaint in the above-captioned case is **ADJOURNED** pursuant to the procedure set forth in Pretrial Order No. 51.

It is so **ORDERED**.

BY THE COURT:

*/s/ Cynthia M. Rufe, J.*

CYNTHIA M. RUFE, J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724<br>16-MD-2724 |
| THIS DOCUMENT RELATES TO:<br>*Marion Diagnostic Center, LLC and Marion Healthcare, LLC v. McKesson Corporation et al.* | HON. CYNTHIA M. RUFE<br>Individual Case No. 2:18-cv-04137 |

## JOINT STIPULATION TO WAIVE SERVICE AND EXTEND THE DEADLINE FOR DEFENDANTS TO RESPOND TO THE MARION PLAINTIFFS' COMPLAINT

WHEREAS, Plaintiffs Marion Diagnostic Center, LLC and Marion Healthcare, LLC, on behalf of themselves and all others similarly situated (together, the "Marion Plaintiffs") filed a Complaint on September 25, 2018, in *Marion Diagnostic Center, LLC et al. v. McKesson Corporation et al.*, Case No. 2:18-cv-04137-CMR (the "Marion Plaintiffs' Complaint"), which is centralized for pretrial proceedings as part of *In re Generic Pharmaceuticals Pricing Antitrust Litigation*, Case No. 16-md-02724-CMR, MDL No. 2724;

WHEREAS, Defendants Ascend Laboratories, LLC, Apotex Corp., Aurobindo Pharma USA, Inc., Citron Pharma, LLC, Dr. Reddy's Laboratories, Inc., Glenmark Pharmaceuticals, Inc., USA, Heritage Pharmaceuticals Inc., Lannett Company, Inc., Mayne Pharma Inc., Mylan, Inc., Mylan Pharmaceuticals, Inc., Par Pharmaceutical Companies, Inc., Sandoz, Inc., Sun Pharmaceutical Industries, Inc., Teva Pharmaceuticals USA, Inc., and Zydus Pharmaceuticals (USA) Inc. (collectively, "Stipulating Defendants")[1] have agreed to waive service of the Marion Plaintiffs' Complaint and the parties have reached an agreement to extend the time within which the Stipulating Defendants must move against, answer, or otherwise respond to the Marion Plaintiffs' Complaint;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel, on behalf of their respective clients, as follows:

---

[1] Emcure Pharmaceuticals, Ltd. does not agree to waive service of the Marion Plaintiffs' Complaint.

1. The Stipulating Defendants waive service of the Marion Plaintiffs' Complaint and Summonses pursuant to Federal Rule of Civil Procedure 4(d), and this Stipulation shall be deemed proof of that waiver pursuant to Federal Rule of Civil Procedure 4(d)(4).

2. In exchange for their agreement to waive service, the Stipulating Defendants shall be served with an unredacted copy of the Marion Plaintiffs' Complaint and the deadline for the Stipulating Defendants to move against, answer, or otherwise respond to the Marion Plaintiffs' Complaint is ADJOURNED pursuant to Pretrial Order No. 51.

3. This stipulation does not constitute a waiver by the Stipulating Defendants of any defense, including but not limited to those defenses provided under Federal Rule of Civil Procedure 12.

IT IS SO STIPULATED.

Dated: October 16, 2018

/s/ R. Stephen Berry
R. Stephen Berry
BERRY LAW PLLC
1100 Connecticut Avenue, N.W.
Suite 645
Washington, D.C. 20006
Telephone: (202) 296-3020
Facsimile: (202) 296-3038
sberry@berrylawpllc.com

Joe R. Whatley, Jr.
Edith M. Kallas
WHATLEY KALLAS LLP
1180 Avenue of the Americas, 20th Floor
New York, NY 10036
Telephone: (212) 447-7060
Facsimile: (800) 922-4851
jwhatley@whatleykallas.com
ekallas@whatleykallas.com

Henry C. Quillen
WHATLEY KALLAS LLP
159 Middle St., Suite 2C
Portsmouth, NH 03801
Telephone: (603) 294-1591

/s/ W. Gordon Dobie
W. Gordon Dobie
WINSTON & STRAWN LLP
35 W. Wacker Dr.
Chicago, IL 60601
Tel: 312-558-5600
Fax: 312-558-5700
wdobie@winston.com

Irving Wiesen
LAW OFFICES OF IRVING L.
   WIESEN, P.C.
420 Lexington Avenue – Suite 2400
New York, NY 10170
Tel: 212-381-8774
Fax: 646-536-3185
Iwiesen@wiesenlaw.com

*Counsel for Defendant Ascend Laboratories, LLC*

/s/ James W. Matthews
James W. Matthews
Katy E. Koski

Facsimile: (800) 922-4851
hquillen@whatleykallas.com

*Counsel for the Marion Plaintiffs*

John F. Nagle
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
jnagle@foley.com

James T. McKeown
Elizabeth A. N. Haas
Kate E. Gehl
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202-5306
Tel: (414) 271-2400
Fax: (414) 297-4900
jmckeown@foley.com
ehaas@foley.com
kgehl@foley.com

Terry M. Henry
Melanie S. Carter
BLANK ROME LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103
Tel: (215) 569-5644
Fax: (215) 832-5644
THenry@blankrome.com
MCarter@blankrome.com

*Counsel for Defendant Apotex Corp.*

/s/ Wayne A. Mack
Wayne A. Mack
Seth A. Goldberg
Sean P. McConnell
Robyn S. Stoter
DUANE MORRIS LLP
30 S. 17th Street
Philadelphia, PA 19103
Tel: (215) 979-1000
Fax: (215) 754-4845
wamack@duanemorris.com
sagoldberg@duanemorris.com

spmcconnell@duanemorris.com
rsstoter@duanemorris.com

***Counsel for Defendant Aurobindo Pharma USA, Inc.***

/s/ Christine C. Levin
Christine C. Levin
Steven E. Bizar
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-4000
christine.levin@dechert.com
steven.bizar@dechert.com

***Counsel for Defendant Citron Pharma LLC***

/s/ Roger Kaplan
Roger Kaplan
GREENBERG TRAURIG, LLP
500 Campus Drive, Suite 400
Florham Park, NJ 07932
Tel: (973) 360-7900
Fax: (973) 295-1257
kaplanr@gtlaw.com

Brian T. Feeney
GREENBERG TRAURIG, LLP
2700 Two Commerce Square
2001 Market Street, Philadelphia, PA 19103
Tel: (215) 988-7812
Fax: (215) 717-5265
feeneyb@gtlaw.com

***Counsel for Defendant Dr. Reddy's Laboratories, Inc.***

/s/ Steven A. Reed
Steven A. Reed
R. Brendan Fee
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

Tel: (215) 963-5603
Fax: (215) 963-5001
steven.reed@morganlewis.com
brendan.fee@morganlewis.com

Andrew S. Wellin
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6154
Fax: (212) 309-6001
andrew.wellin@morganlewis.com

***Counsel for Defendant Glenmark
Pharmaceuticals Inc., USA***


/s/ D. Jarrett Arp
D. Jarrett Arp
Daniel W. Nelson
Melanie L. Katsur
Christopher B. Leach
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., NW
Washington, DC 20036-5306
Tel: (202) 955-8678
Fax: (202) 530-9527
jarp@gibsondunn.com
dnelson@gibsondunn.com
mkatsur@gibsondunn.com
cleach@gibsondunn.com

***Counsel for Defendant Heritage
Pharmaceuticals Inc.***


/s/ Gerald E. Arth
Gerald E. Arth
Ryan T. Becker
FOX ROTHSCHILD LLP
2000 Market Street
Philadelphia, PA 19103
Tel: (215) 299-2000
Fax: (215) 299-2150
garth@foxrothschild.com
rbecker@foxrothschild.com

George G. Gordon
Stephen D. Brown
Julia Chapman
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19104
Tel. 215-994-2000
george.gordon@dechert.com
stephen.brown@dechert.com
julia.chapman@dechert.com

*Counsel for Defendant Lannett Company, Inc.*


/s/ Michael Martinez
Michael Martinez
Steven Kowal
Lauren Norris Donahue
Brian J. Smith
K&L GATES LLP
70 W. Madison St., Suite 3100
Chicago, IL 60602
Tel: (312) 372-1121
Fax: (312) 827-8000
michael.martinez@klgates.com
steven.kowal@klgates.com
lauren.donahue@klgates.com
brian.j.smith@klgates.com

*Counsel for Defendant Mayne Pharma Inc.*


/s/ Chul Pak
Chul Pak
Jeffrey C. Bank
WILSON SONSINI GOODRICH
    & ROSATI, PC
1301 Avenue of the Americas
40th Floor
New York, New York 10019
Tel: (212) 497-7726
Fax: (212) 999-5899
cpak@wsgr.com
jbank@wsgr.com

Seth C. Silber
WILSON SONSINI GOODRICH
  &amp; ROSATI, PC
1700 K Street, NW
Fifth Floor
Washington, DC 20006
Tel: (202) 973-8824
Fax: (202) 973-8899
ssilber@wsgr.com

*Counsel for Defendant Mylan Inc.
and Mylan Pharmaceuticals Inc.*


/s/ John E. Schmidtlein
John E. Schmidtlein
Sarah F. Teich
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
jschmidtlein@wc.com
steich@wc.com

*Counsel for Defendant Par
Pharmaceutical, Inc.*


/s/ Saul P. Morgenstern
Saul P. Morgenstern
Margaret A. Rogers
Kathryn L. Rosenberg
ARNOLD & PORTER
  KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
Tel: (212) 836-8000
saul.morgenstern@arnoldporter.com
margaret.rogers@arnoldporter.com
kathryn.rosenberg@arnoldporter.com

Laura S. Shores
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001

Tel: (202) 942-5000
Fax: (202) 942-5999
laura.shores@arnoldporter.com

***Counsel for Defendant Sandoz Inc.***


*/s/ Douglas Baldridge*

J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-4000
jbaldridge@venable.com
ljfales@venable.com
drfoley@venable.com

Thomas J. Welling, Jr.
Benjamin P. Argyle
VENABLE LLP
1270 Avenue of the Americas
24th Floor
New York, New York 10020
(212) 307-5500
tjwelling@venable.com
bpargyle@venable.com

***Counsel for Defendant Sun Pharmaceutical Industries, Inc.***


*/s/ J. Gordon Cooney, Jr.*

J. Gordon Cooney, Jr.
John J. Pease, III
Alison Tanchyk
William T. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5000
Fax: (215) 963-5001
jgcooney@morganlewis.com
john.pease@morganlewis.com
alison.tanchyk@morganlewis.com
william.mcenroe@morganlewis.com

Amanda B. Robinson
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 739-3000
Fax: (202) 739-3001
Amanda.robinson@morganlewis.com

Jan P. Levine
Robin P. Sumner
Michael J. Hartman
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
levinej@pepperlaw.com
sumnerr@pepperlaw.com
hartmanm@pepperlaw.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*


/s/ Jason R. Parish
Jason R. Parish
Bradley J. Kitlowski
Andrew Hope
BUCHANAN INGERSOLL & ROONEY PC
1700 K Street, N.W.
Washington, DC 20006
Tel: (202) 452-7940
jason.parish@bipc.com
andrew.hope@bipc.com

*Counsel for Defendant Zydus Pharmaceuticals (USA), Inc.*