IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Marion Diagnostic Center, LLC,* **et al.** *v. McKesson Corporation,* **et al.** | MDL 2724<br>16-MD-2724<br><br>HON. CYNTHIA M. RUFE<br><br>Civil Action No. 18-4137 |

## ORDER

**AND NOW**, this 26th day of June 2019, upon consideration of the Motion to Dismiss by Defendants McKesson Corporation and McKesson Medical Surgical, Inc. (collectively, "McKesson") [Doc. No. 44] and the opposition of Plaintiff Marion Diagnostic Center, LLC and Marion Healthcare, LLC (collectively "Marion"), and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that the Motion is **GRANTED**. Counts I through XXX of Marion's Second Amended Complaint are **DISMISSED** as against McKesson.

It is further **ORDERED** that if Marion can allege sufficient facts to state a claim against McKesson, Marion may seek leave to amend its claims against McKesson by filing a motion for leave within 30 days of the Court's disposition of the last of the remaining motions to dismiss that are now pending in Civil Action No. 18-4137.

It is so **ORDERED**.

BY THE COURT:
/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**