UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION | MDL 2724 |
| | Civ. No. 2:18-cv-04137-CMR |
| THIS DOCUMENT RELATES TO: | MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |
| *Marion Diagnostic Center, LLC, et al.*<br>*v. McKesson Corporation, et al.* | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**

Plaintiffs Marion Diagnostic Center, LLC and Marion Healthcare, LLC respectfully move for leave to amend their complaint for the reasons set forth in the attached Memorandum of Law. A proposed Third Amended Complaint is attached to this motion.

Dated: August 28, 2020

Respectfully submitted,

*/s/ Henry Quillen*

**WHATLEY KALLAS, LLP**
Henry C. Quillen
159 Middle St., Suite 2C
Portsmouth, NH 03801
Telephone: (603) 294-1591
Facsimile: (800) 922-4851
hquillen@whatleykallas.com

**WHATLEY KALLAS, LLP**
Joe R. Whatley, Jr.
Edith M. Kallas
152 West 57th Street, 41st Floor
New York, NY 10019
Telephone: (212) 447-7060
Facsimile: (800) 922-4851
jwhatley@whatleykallas.com

ekallas@whatleykallas.com

**BERRY LAW PLLC**
R. Stephen Berry
P.A. Bar No. 22418
1100 Connecticut Avenue, N.W.
Suite 645
Washington, D.C. 20006
Telephone: (202) 296-3020
Facsimile: (202) 296-3038
sberry@berrylawpllc.com

**Attorneys for Plaintiffs**